JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **TREMAYNE CARROLL,**<br><br>        Plaintiff,<br>  v.<br>CSP-LAC John Doe et al.,<br><br>        Defendants. | No. LA CV 22-07754-VBF-DFM<br><br>**ORDER** Dismissing the Case for Lack of Prosecution, Failure to Pay the Case Filing Fee, and Failure to Comply with Court Order |

    Proceeding pro se, California state prisoner Tremayne Carroll ("plaintiff") filed the complaint initiating this civil-rights action on October 24, 2022. *See* CM/ECF System Document ("Doc") 1. The next day, October 25, 2022, the Clerk's Office issued a Form CV-93P notice advising plaintiff that she was required to pay the case filing fee or submit a request to waive the prepayment of the fee within thirty days (Doc 2). On November 21, 2022, plaintiff timely filed a Form CV-60P request to proceed without prepayment of the filing fee with a declaration in support (Doc 4).

    On November 28, 2022, this Court issued a Form CV-73P Order (Doc 5) denying the request on the ground that plaintiff is able to pay the full case filing fee. More than one month and two weeks have elapsed since the Court issued the November 28, 2022 Order, and plaintiff has neither paid the case filing fee nor made any other filings in this case.

Accordingly, the Court ORDERS that:

This case is dismissed without prejudice for lack of prosecution, failure to comply with court order, and failure to pay the case filing fee.

This action is TERMINATED (JS-6).

IT IS SO ORDERED.

Dated: January 17, 2023

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge